McGREGOR W. SCOTT
United States Attorney
KELLI L. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2741

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:07-cv-02172-FCD-EFB |
| Plaintiff, | |
| v. | APPLICATION AND ORDER FOR PUBLICATION |
| 12.94 ACRES OF LAND MORE OR LESS, SITUATED IN SOLANO COUNTY, STATE OF CALIFORNIA; BILL C. AND BETTY L. MAHER, TRUSTEES OF THE MAHER FAMILY TRUST OF 1988; ROY AND DAWN LUNDHOLM; MIKE BANDUCCI; TED AKSNES; SOLANO GREEN ACRES LLC; HONORABLE ARNOLD SCHWARZENEGGER, GOVERNOR OF THE STATE OF CALIFORNIA; BILL LOCKYER, CALIFORNIA STATE ATTORNEY GENERAL; CHARLES D. RAMSEY, COUNTY CLERK; CHARLES A. LOMELI, ASSISTANT TREASURER; SKIP THOMSON, ASSESSOR; PACIFIC GAS & ELECTRIC; SOLANO IRRIGATION DISTRICT; SBC COMMUNICATIONS; BANCOR PROPERTIES; AND UNKNOWN OWNERS, | |
| Defendants. | |

The United States of America, Plaintiff herein, applies for an order of publication as follows:

1. Rule 71A of the Federal Rules of Civil Procedure provides that upon the filing of a certificate for service by publication (*see* Attachment), unknown owners may be served by publication by a notice addressed to "Unknown Owners."

2. Local Rule 83-171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper for publication upon the filing by counsel of a motion proposing the place and manner of such publication setting forth such information as the language to be published, the frequency of publication, the reasons underlying selection of the proposed vehicle of publication, and related matters;

3. Plaintiff proposes that publication be made as follows:

   a. Publication shall be made once a week for not less than three successive weeks pursuant to Fed. R. Civ. P. 71A(d)(3)(B);

   b. Service by publication is complete upon the date of the last publication. Proof of publication and mailing shall be made by certificate of the plaintiff's attorney, to which shall be attached a printed copy of the published notice with the names and dates of the newspaper marked thereon.

   c. Publication shall be made in the *Daily Republic*, a newspaper of general circulation, located in the county in which the property is located;

   d. The publication is to be addressed to "Unknown Owners" and is to include the following:

      (1) The Court, title and number of the action;

      (2) That the action is to condemn the property;

(3) A description of the property sufficient for its identification;

(4) The interest to be taken;

(5) The authority for the taking;

(6) The uses for which the property is to be taken;

(7) That the defendant may serve upon the plaintiff's attorney an answer within 20 days after service of the notice, and that failure to do so constitutes a consent to the taking and to the authority of the court to proceed to hear the action and to fix the compensation;

(8) The name and address of the attorney for the Plaintiff where the attorney may be served, and the telephone number of the attorney;

Dated: October 15, 2007

McGREGOR W. SCOTT
United States Attorney

/s/ Kelli L. Taylor
KELLI L. TAYLOR
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

DATED: October 31, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE