McGREGOR W. SCOTT
United States Attorney
KELLI L. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2741

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:07-cv-02172-FCD-EFB |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR DISMISSAL OF PACIFIC BELL TELEPHONE COMPANY[1] BASED UPON DISCLAIMER |
| 12.94 ACRES OF LAND MORE OR LESS, SITUATED IN SOLANO COUNTY, ET AL., | |
| Defendants. | |

Defendant PACIFIC BELL TELEPHONE COMPANY and Plaintiff the United States submit the following stipulation to the Court for its approval.

First, Defendant PACIFIC BELL TELEPHONE COMPANY disclaims interest or estate in the real property interests that are the subject matter of this federal condemnation action. This disclaimer does not extend to any other assets held by other parties to this action.

Second, in light of this disclaimer of interest in the subject matter of this action, the parties request that Defendant PACIFIC BELL TELEPHONE COMPANY be dismissed as a Defendant in this action, and that any FURTHER service of documents upon them following service of this Order, is not necessary, and that Defendant PACIFIC BELL TELEPHONE COMPANY may be omitted from the caption of this case in all subsequent filings with the Court.

---

[1] Erroneously named as "SBC COMMUNICATIONS" in original complaint.

**Finally, the other parties remain in the case and this dismissal does not close the case file.**

Respectfully Submitted:

McGREGOR W. SCOTT
United States Attorney

Date: February 25, 2008

By: **/s/ Kelli L. Taylor**
KELLI L. TAYLOR
Assistant United States Attorney

Attorneys for the United States of America

Date: February 11, 2008

By: **/s/ Walid Abdul-Rahim**
WALID ABDUL-RAHIM
Attorney at Law

Attorney for
PACIFIC BELL TELEPHONE COMPANY

# ORDER

IT IS ORDERED that Defendant PACIFIC BELL TELEPHONE COMPANY is dismissed as a Defendant in this action. The Clerk of the Court is directed to terminate said Defendant from the Official Docket of this case.

IT IS FURTHER ORDERED that, after this Order is served upon Defendant PACIFIC BELL TELEPHONE COMPANY, no further documents in this case need to be served upon said Defendant.

IT IS FURTHER ORDERED that said Defendant may be omitted from the caption of this case in all future filings. **IT IS FURTHER ORDERED that other Defendants remain in the case, which is to remain open.**

Date: February 26, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE