1  McGREGOR W. SCOTT
   United States Attorney
2  KELLI L. TAYLOR
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2741

5  Attorneys for the United States

6

7              IN THE UNITED STATES DISTRICT COURT

8           FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,            )   CASE NO.  2:07-cv-02172-FCD-EFB
                                         )
11              Plaintiff,               )
                                         )
12      v.                               )   STIPULATION OF DISMISSAL OF
                                         )   SOLANO IRRIGATION DISTRICT
13  12.94 ACRES OF LAND MORE OR LESS,    )   BASED UPON DISCLAIMER; ORDER
    SITUATED IN SOLANO COUNTY, ET        )   THEREON
14  AL.,                                 )
                                         )
15              Defendants.              )
                                         )

16

17       Defendant SOLANO IRRIGATION DISTRICT and Plaintiff the United States submit

18  the following stipulation to the Court for its approval.

19       First, Defendant SOLANO IRRIGATION DISTRICT disclaims interest or estate in the

20  real property interests that are the subject matter of this federal condemnation action.  This

21  disclaimer does not extend to any other assets held by other parties to this action.

22       Second, in light of this disclaimer of interest in the subject matter of this action, the

23  parties request that Defendant SOLANO IRRIGATION DISTRICT be dismissed as a

24  Defendant in this action, and that any FURTHER service of documents upon it following

25  service of this Order, is not necessary, and that Defendant SOLANO IRRIGATION DISTRICT

26  may be omitted from the caption of this case in all subsequent filings with the Court.

27       **Finally, the other parties remain in the case and this dismissal does not close the**

28  **case file.**

                                    1

Respectfully Submitted:

McGREGOR W. SCOTT
United States Attorney

Date: <u>April 9, 2008</u>

By:   <u>/s/ Kelli L. Taylor</u>
KELLI L. TAYLOR
Assistant United States Attorney

Attorneys for the United States of America

Date: <u>April 8, 2008</u>

By:   <u>/s/ David M. Mansfield</u>
DAVID M. MANSFIELD

GENERAL MANAGER
SOLANO IRRIGATION DISTRICT

## ORDER

IT IS ORDERED that Defendant SOLANO IRRIGATION DISTRICT is dismissed as a Defendant in this action.  The Clerk of the Court is directed to terminate said Defendant from the Official Docket of this case.

IT IS FURTHER ORDERED that, after this Order is served upon Defendant SOLANO IRRIGATION DISTRICT, no further documents in this case need to be served upon said Defendant.

IT IS FURTHER ORDERED that said Defendant may be omitted from the caption of this case in all future filings.  **IT IS FURTHER ORDERED that other Defendants remain in the case, which is to remain open.**

Date: April 10, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2