McGREGOR W. SCOTT
United States Attorney
KELLI L. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2741

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  2:07-cv-02172-FCD-EFB |
| Plaintiff, ) | |
| v. ) | STIPULATION OF DISMISSAL OF CHARLES A. LOMELI BASED UPON DISCLAIMER; ORDER THEREON |
| 12.94 ACRES OF LAND MORE OR LESS, SITUATED IN SOLANO COUNTY, ET AL., ) | |
| Defendants. ) | |

Defendant CHARLES A. LOMELI[1], COUNTY CLERK AND TREASURER OF SOLANO COUNTY, and Plaintiff the United States submit the following stipulation to the Court for its approval.

First, Defendant CHARLES A. LOMELI, COUNTY CLERK AND TREASURER OF SOLANO COUNTY,  disclaims interest or estate in the real property interests that are the subject matter of this federal condemnation action.  This disclaimer does not extend to any other assets held by other parties to this action.

Second, in light of this disclaimer of interest in the subject matter of this action, the parties request that Defendant CHARLES A. LOMELI, COUNTY CLERK AND TREASURER OF SOLANO COUNTY, be dismissed as a Defendant in this action, and that any FURTHER service of documents

---

[1] Charles D. Ramsey was erroneously listed as County Clerk in the Complaint filed October 12, 2007.  Charles A. Lomeli has been both Treasurer and County Clerk of Solano County during the pendency of this action.

1

upon them following service of this Order, is not necessary, and that Defendant CHARLES A. LOMELI, COUNTY CLERK AND TREASURER OF SOLANO COUNTY, may be omitted from the caption of this case in all subsequent filings with the Court.

**Finally, the other parties remain in the case and this dismissal does not close the case file.**

Respectfully Submitted:

McGREGOR W. SCOTT
United States Attorney

Date: <u>April 8, 2008</u>     By:     <u>/s/ Kelli L. Taylor</u>
                                        KELLI L. TAYLOR
                                        Assistant United States Attorney

                                        Attorneys for the United States of America

Date: <u>April 7, 2008</u>             <u>/s/ Carrie Keefe Scarlata</u>     By:
                                        CARRIE KEEFE SCARLATA
                                        Attorney at Law

                                        Attorney for CHARLES A. LOMELI,
                                        COUNTY CLERK AND TREASURER
                                        OF SOLANO COUNTY

## **ORDER**

IT IS ORDERED that Defendant CHARLES A. LOMELI, COUNTY CLERK AND TREASURER OF SOLANO COUNTY, is dismissed as a Defendant in this action. The Clerk of the Court is directed to terminate said Defendant from the Official Docket of this case.

IT IS FURTHER ORDERED that, after this Order is served upon Defendant CHARLES A. LOMELI, COUNTY CLERK AND TREASURER OF SOLANO COUNTY, no further documents in this case need to be served upon said Defendant.

IT IS FURTHER ORDERED that said Defendant may be omitted from the caption of this case in all future filings. **IT IS FURTHER ORDERED that other Defendants remain in the case, which is to remain open.**

Date: April 10, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE