McGREGOR W. SCOTT
United States Attorney
KELLI L. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2741

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>12.94 ACRES OF LAND MORE OR LESS, SITUATED IN SOLANO COUNTY, ET AL.,<br><br>　　　　　Defendants. | CASE NO.  2:07-cv-02172-FCD-EFB<br><br>STIPULATION OF DISMISSAL OF THE STATE OF CALIFORNIA; THE HONORABLE ARNOLD SCHWARZENEGGER, GOVERNOR OF THE STATE OF CALIFORNIA; AND THE HONORABLE EDMUND G. BROWN JR., ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, BASED UPON DISCLAIMER; ORDER THEREON |

　　　　Defendants THE STATE OF CALIFORNIA; THE HONORABLE ARNOLD SCHWARZENEGGER, GOVERNOR OF THE STATE OF CALIFORNIA; AND THE HONORABLE EDMUND G. BROWN JR., ATTORNEY GENERAL OF THE STATE OF CALIFORNIA (hereinafter "STATE DEFENDANTS"), and Plaintiff the United States, submit the following stipulation to the Court for its approval.

　　　　First, STATE DEFENDANTS disclaim interest or estate in the real property interests that are the subject matter of this federal condemnation action.  This disclaimer does not extend to any other assets held by other parties to this action.

　　　　Second, in light of this disclaimer of interest in the subject matter of this action, the parties request that STATE DEFENDANTS be dismissed as Defendants in this action, and that any FURTHER service of documents upon them following service of this Order, is not

necessary, and that STATE DEFENDANTS may be omitted from the caption of this case in all subsequent filings with the Court.

**Finally, the other parties remain in the case and this dismissal does not close the case file.**

                                          Respectfully Submitted:

                                          McGREGOR W. SCOTT
                                          United States Attorney

Date: <u>April 17, 2008</u>      By:    <u>/s/ Kelli L. Taylor</u>
                                            KELLI L. TAYLOR
                                            Assistant United States Attorney

                                            Attorneys for Plaintiff, the United States of America

                                            EDMUND G. BROWN JR.
                                            Attorney General of the State of California

Date: <u>April 14, 2008</u>      By:    <u>/s/ Michael L. Crow</u>
                                            MICHAEL L. CROW (SBN No. 70498)
                                            Deputy Attorney General
                                            State of California

                                            Attorney for STATE DEFENDANTS

ORDER ON NEXT PAGE.

# **ORDER**

IT IS ORDERED that Defendants THE STATE OF CALIFORNIA; THE HONORABLE ARNOLD SCHWARZENEGGER, GOVERNOR OF THE STATE OF CALIFORNIA; AND THE HONORABLE EDMUND G. BROWN JR., ATTORNEY GENERAL OF THE STATE OF CALIFORNIA ("STATE DEFENDANTS") are dismissed as Defendants in this action.  The Clerk of the Court is directed to terminate said Defendants from the Official Docket of this case.

IT IS FURTHER ORDERED that, after this Order is served upon STATE DEFENDANTS, no further documents in this case need to be served upon said Defendants.

IT IS FURTHER ORDERED that said STATE DEFENDANTS may be omitted from the caption of this case in all future filings.  **IT IS FURTHER ORDERED that other Defendants remain in the case, which is to remain open.**

Date: April 21, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE