McGREGOR W. SCOTT
United States Attorney
KELLI L. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2741

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  2:07-cv-02172-FCD-EFB |
| Plaintiff, | ) | |
| | ) | STIPULATION OF DISMISSAL OF |
| v. | ) | BANCOR PROPERTIES BASED UPON |
| | ) | DISCLAIMER; ORDER THEREON |
| 12.94 ACRES OF LAND MORE OR LESS, | ) | |
| SITUATED IN SOLANO COUNTY, ET | ) | |
| AL., | ) | |
| Defendants. | ) | |
| | ) | |

Defendant BANCOR PROPERTIES and Plaintiff the United States submit the following

stipulation to the Court for its approval.

First, Defendant BANCOR PROPERTIES disclaims interest or estate in the real

property interests that are the subject matter of this federal condemnation action.  This

disclaimer does not extend to any other assets held by other parties to this action.

Second, in light of this disclaimer of interest in the subject matter of this action, the

parties request that Defendant BANCOR PROPERTIES be dismissed as a Defendant in this

action, and that any FURTHER service of documents upon them following service of this

Order, is not necessary, and that Defendant BANCOR PROPERTIES may be omitted from the

caption of this case in all subsequent filings with the Court.

**Finally, the other parties remain in the case and this dismissal does not close the**

**case file.**

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully Submitted:

McGREGOR W. SCOTT
United States Attorney

Date: <u>April 18, 2008</u>

By:   <u>/s/ Kelli L. Taylor</u>
KELLI L. TAYLOR
Assistant United States Attorney

Attorneys for the United States of America

Date: <u>April    , 2008</u>

By:   _____
MATT  FORD
Attorney at Law

Attorney for BANCOR PROPERTIES

1

2

3

4   Date: April     , 2008

5

6

7

8   Date: April 15, 2008

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully Submitted:

McGREGOR W. SCOTT
United States Attorney

By:   _____
      KELLI L. TAYLOR
      Assistant United States Attorney

Attorneys for the United States of America

By:   _____
      MATT FORD
      Attorney at Law

Attorney for BANCOR PROPERTIES

# <u>ORDER</u>

IT IS ORDERED that Defendant BANCOR PROPERTIES is dismissed as a Defendant in this action.  The Clerk of the Court is directed to terminate said Defendant from the Official Docket of this case.

IT IS FURTHER ORDERED that, after this Order is served upon Defendant BANCOR PROPERTIES, no further documents in this case need to be served upon said Defendant.

IT IS FURTHER ORDERED that said Defendant may be omitted from the caption of this case in all future filings.  **IT IS FURTHER ORDERED that other Defendants remain in the case, which is to remain open.**

Date: April 21, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE