cGREGOR W. SCOTT
United States Attorney
KELLI L. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2741

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>12.94 ACRES OF LAND MORE OR LESS, SITUATED IN SOLANO COUNTY, ET AL.,<br><br>Defendants. | CASE NO. 2:07-cv-02172-FCD-EFB<br><br>STIPULATION OF DISMISSAL OF ROY AND DAWN LUNDHOLM BASED UPON DISCLAIMER; ORDER THEREON |

Defendants ROY AND DAWN LUNDHOLM and Plaintiff the United States submit the following stipulation to the Court for its approval.

First, Defendants ROY AND DAWN LUNDHOLM disclaim interest or estate in the real property interests that are the subject matter of this federal condemnation action. This disclaimer does not extend to any other assets held by other parties to this action.

Second, in light of this disclaimer of interest in the subject matter of this action, the parties request that Defendants ROY AND DAWN LUNDHOLM be dismissed as Defendants in this action, and that any FURTHER service of documents upon them following service of this Order, is not necessary, and that Defendants ROY AND DAWN LUNDHOLM may be omitted from the caption of this case in all subsequent filings with the Court.

**Finally, the other parties remain in the case and this dismissal does not close the case file.**

|  |  |
|---|---|
|  | Respectfully Submitted: |
|  | McGREGOR W. SCOTT<br>United States Attorney |
| Date: April 16, 2008 | By: /s/ Kelli L. Taylor<br>KELLI L. TAYLOR<br>Assistant United States Attorney |
|  | Attorneys for the United States of America |
| Date: April 10, 2008 | By: /s/ Roy Lundholm<br>ROY LUNDHOLM |
| Date: April 10, 2008 | By: /s/ Dawn Lundholm<br>DAWN LUNDHOLM |

ORDER ON FOLLOWING PAGE.

# **ORDER**

IT IS ORDERED that Defendant ROY AND DAWN LUNDHOLM are dismissed as Defendants in this action. The Clerk of the Court is directed to terminate said Defendants from the Official Docket of this case.

IT IS FURTHER ORDERED that, after this Order is served upon Defendants ROY AND DAWN LUNDHOLM, no further documents in this case need to be served upon said Defendants.

IT IS FURTHER ORDERED that said Defendants may be omitted from the caption of this case in all future filings. **IT IS FURTHER ORDERED that other Defendants remain in the case, which is to remain open.**

Date: April 21, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE