LAWRENCE G. BROWN
Acting United States Attorney
KELLI L. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2741

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:07-cv-02172-FCD-EFB |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO EXTEND CLOSE OF PERCIPIENT DISCOVERY DEADLINE TO COINCIDE WITH EXPERT DISCOVERY DEADLINE |
| 12.94 ACRES OF LAND IN THE COUNTY OF SOLANO et al., | |
| Defendants. | Complaint Filed: October 12, 2007<br>Trial Date: March 23, 2010 |

COMES NOW Plaintiff, the UNITED STATES OF AMERICA, Defendants TED AKSNES, SOLANO GREEN ACRES LLC., BILL C. AND BETTY L. MAHER, TRUSTEES OF THE MAHER FAMILY TRUST OF 1988, and PACIFIC GAS & ELECTRIC ("PG&E"), by and through their counsel of record herein, and hereby STIPULATE to extend the current June 30, 2009 deadline for the close of percipient discovery to coincide with the September 3, 2009 deadline for the close of expert discovery.

Good cause exists for this request because the parties have been involved in lengthy and detailed settlement negotiations including a recent ten hour mediation, which did not result in settlement but seemingly brought the parties closer to resolution. The parties have continued to discuss settlement since the May 12th mediation and expect that those discussions will continue. Any

settlement of this action requires PG&E to execute a full disclaimer of interest to the subject 12.94 acre parcel. PG&E has indicated a willingness to execute that disclaimer after it confirms that the Travis Air Force Base South Gate Safety construction project will not interfere with existing utilities. Numerous site visits, conference calls and document exchanges have occurred on this issue. PG&E's land agents have been working with the United States Army Corps of Engineers ("ACOE"), the United States Air Force ("US AF") and the construction contractors to provide the necessary information so that the existence, location, depth, wheel load, and the like for PG&E's existing utilities are considered with the new construction drawings. This has been an unexpectedly complicated process involving coordination with numerous individuals and could take another thirty days.

Throughout the past several months extensive written discovery was exchanged and numerous depositions set over, including the depositions of out of state parties. The parties have repeatedly agreed to postpone the time, expense and energies associated with those percipient discovery activities so that they could instead focus on specified matters for potential global settlement of this case. All parties have acted in a diligent and cooperative manner and expect to continue to do so. All remaining parties agree that it is beneficial to reschedule the current June 30, 2009 close of percipient discovery to coincide with the September 3, 2009 close of expert discovery. This change will not impact any of the other deadlines in this case including without limitation, the July 14, 2009 expert exchange, the November 13, 2009 dispositive motion deadline, the January 15, 2010 pretrial conference or the March 23, 2010 trial.

IT IS SO STIPULATED.

DATED: June 2, 2009                    LAWRENCE G. BROWN
                                       Acting United States Attorney

                                By:    /s/ *Kelli L. Taylor*

                                       KELLI L. TAYLOR
                                       Assistant United States Attorney
                                       Attorneys for the United States of America

DATED: May 28, 2009                                     MONTAGUE & VIGLIONE

                                                By:    /s/ *Dennis L. Viglione*

                                                       DENNIS L. VIGLIONE
                                                       Attorneys for Defendants
                                                       BILL C. MAHER and BETTY L. MAHER, individually and as Trustees of THE MAHER FAMILY TRUST OF 1988; TED AKSNES and SOLANO GREEN ACRES

DATED: May 29, 2009                                     PACIFIC GAS AND ELECTRIC COMPANY

                                                By:    /s/ *Cesar V. Alegria, Jr.*

                                                       CESAR V. ALEGRIA, JR.
                                                       Attorneys for Defendant
                                                       PACIFIC GAS AND ELECTRIC COMPANY

## **ORDER**

GOOD CAUSE APPEARING, the Court hereby approves the parties' stipulated agreement to reschedule the current June 30, 2009 close of percipient discovery to coincide with the September 3, 2009 close of expert discovery. This change will not impact any of the other provisions in the Scheduling Order or deadlines in this case including without limitation, the July 14, 2009 expert exchange, the November 13, 2009 dispositive motion deadline, the January 15, 2010 pretrial conference or the March 23, 2010 trial.

IT IS SO ORDERED.

DATED: June 2, 2009                           _____
                                              FRANK C. DAMRELL, JR.
                                              UNITED STATES DISTRICT JUDGE