|   |   |
|---|---|
| 1 | .LAWRENCE G. BROWN<br>Acting United States Attorney |
| 2 | KELLI L. TAYLOR<br>Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, California  95814 |
| 4 | Telephone: (916) 554-2741 |
| 5 | Attorneys for the United States |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.  2:07-cv-02172-FCD-EFB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **\*REVISED\*** STIPULATION AND ORDER |
| v. | ) | TO EXTEND CLOSE OF PERCIPIENT |
| | ) | DISCOVERY DEADLINE TO COINCIDE |
| 12.94 ACRES OF LAND IN THE COUNTY | ) | WITH EXPERT DISCOVERY DEADLINE |
| OF SOLANO et al., | ) | |
| | ) | |
| Defendants. | ) | Complaint Filed:  October 12, 2007 |
| | ) | Trial Date:           March 23, 2010 |

COME NOW Plaintiff, the UNITED STATES OF AMERICA, Defendants TED AKSNES, SOLANO GREEN ACRES LLC., BILL C. AND BETTY L. MAHER, TRUSTEES OF THE MAHER FAMILY TRUST OF 1988, and PACIFIC GAS & ELECTRIC ("PG&E"), by and through their counsel of record herein, and pursuant to the Stipulation previously filed on June 2, 2009 and approved by this Court  (Docket #64), further STIPULATE to extend the current July 14, 2009 deadline for the exchange of expert reports to July 31, 2009.  This was intended to be accomplished by the prior Stipulation but was inadvertently omitted.

Good cause for this extension was specified in the previous Stipulation.

///

///

///

///

1    IT IS SO STIPULATED.

2   DATED: June 18, 2009                LAWRENCE G. BROWN
                                        Acting United States Attorney

4                            By:   */s/ Kelli L. Taylor*
                                   KELLI L. TAYLOR
5                                  Assistant United States Attorney
                                   Attorneys for the United States of America

6   DATED: June 17, 2009                MONTAGUE & VIGLIONE

8                            By:   */s/ Kelli L. Taylor*
                                   DENNIS L. VIGLIONE
9                                  Attorneys for Defendants
                                   BILL C. MAHER and BETTY L. MAHER,
10                                 individually and as Trustees of THE MAHER
                                   FAMILY TRUST OF 1988; TED AKSNES and
11                                 SOLANO GREEN ACRES

12  DATED: June 18, 2009                PACIFIC GAS AND ELECTRIC COMPANY

14                           By:   */s/ Cesar V. Alegria, Jr.*
                                   CESAR V. ALEGRIA, JR.
                                   Attorneys for Defendant
15                                 PACIFIC GAS AND ELECTRIC COMPANY

## **ORDER**

GOOD CAUSE APPEARING, the Court hereby approves the parties' further stipulated agreement to extend the current July 14, 2009 deadline for the exchange of expert reports to July 31, 2009. This change will not impact any of the other provisions in the Scheduling Order or deadlines in this case including without limitation, the November 13, 2009 dispositive motion deadline, the January 15, 2010 pretrial conference or the March 23, 2010 trial.

IT IS SO ORDERED.

Date: June 22, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

---