| | |
|---|---|
| 1 | LAWRENCE G. BROWN |
| | United States Attorney |
| 2 | KELLI L. TAYLOR |
| | Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, California  95814 |
| 4 | Telephone: (916) 554-2741 |

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:07-cv-02172-FCD-EFB |
| Plaintiff, | |
| v. | STIPULATION OF DISMISSAL OF PACIFIC GAS & ELECTRIC CO. BASED UPON DISCLAIMER and ORDER |
| 12.94 ACRES OF LAND MORE OR LESS, SITUATED IN SOLANO COUNTY, ET AL., | |
| Defendants. | |

Defendant PACIFIC GAS & ELECTRIC CO. and Plaintiff the United States submit the following stipulation to the Court for its approval.

First, the parties note that the Exhibit B to the Declaration of Taking at line 23 states that "The estate to be taken is fee, subject to existing easements for public roads and highway, public utilities, …" Based on this express language, Defendant PG&E disclaims any further interest or estate in the real property that is the subject matter of this federal condemnation action. This disclaimer does not extend to any other assets held by other parties to this action.

Second, in light of this disclaimer of interest in the subject matter of this action, the parties request that Defendant PG&E be dismissed as a Defendant in this action, and that any further service of documents upon them following service of this Order, is not necessary, and that Defendant PG&E may be omitted from the caption of this case in all subsequent filings with the Court.

1    **Finally, the other parties remain in the case and this dismissal does not close the**
2    **case file.**

                                                         Respectfully Submitted:

                                                         LAWRENCE G. BROWN
                                                         United States Attorney

Date: October 9, 2009                             */s/ Kelli L. Taylor*
                                          By:  KELLI L. TAYLOR
                                                         Assistant United States Attorney

                                                         Attorneys for the United States of America

Date: October 9, 2009                             */s/ Juan M. Jayo*
                                          By:  JUAN M. JAYO
                                                         Attorney at Law

                                                         Attorney for PACIFIC GAS &
                                                         ELECTRIC CO.

# **ORDER**

IT IS ORDERED that Defendant PACIFIC GAS & ELECTRIC CO. is dismissed as a Defendant in this action. The Clerk of the Court is directed to terminate said Defendant from the Official Docket of this case.

IT IS FURTHER ORDERED that, after this Order is served upon Defendant PACIFIC GAS & ELECTRIC CO., no further documents in this case need to be served upon said Defendant.

IT IS FURTHER ORDERED that said Defendant may be omitted from the caption of this case in all future filings. **IT IS FURTHER ORDERED that other Defendants remain in the case, which is to remain open.**

Date: October 9, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE