DENNIS L. VIGLIONE, CA SB #118841
MONTAGUE & VIGLIONE
1500 River Park Drive, Suite 110
Sacramento, California  95815
Telephone:  (916) 929-5018
Fax:         (916) 929-8967
Email:       dennismvlaw@sbcglobal.net

Attorneys for Defendants
Ted Aksnes, Solano Green Acres, LLC,
Bill C. and Betty L. Maher, Trustees
of the Maher Family Trust of 1988

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>v.<br><br>**12.94 ACRES OF LAND MORE OR LESS , SITUATED IN SOLANO COUNTY, et al.,**<br><br>**Defendants.** | **Case No. 2:07-CV-2172FCDEFB**<br><br>**STIPULATION TO EXTEND THE HEARING OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, BY 12 DAYS FROM NOVEMBER 13, 2009 TO NOVEMBER 25, 2009; AND ORDER THEREON**<br><br>**Complaint File:  10/12/2007**<br>**Trial:  3/23/2010** |

Plaintiff, the United States of America, and Defendants Ted Aksnes, Solano Green Acres, LLC, Bill C. and Betty L. Maher, Trustees of the Maher Family Trust of 1988, through their counsel of record herein, hereby stipulate to continue the hearing date of Plaintiff's motion for summary judgment, by 12 days from November 13, 2009 to November 25, 2009.

Good cause exists for this request because:

(1)     Plaintiff's moving papers, which are substantial and voluminous, were served on Defendants electronically on October 13, 2009.

*United States of America v. Aksnes, et al*
*Stip Extend Motion Deadline*

1

(2) Defendants immediately requested that Plaintiff stipulate to a brief continuance of the hearing date, which Plaintiff's counsel has graciously agreed to do.

(3) A November 13, 2009 hearing date would afford Defendants 13 working days to review and analyze Plaintiff's moving papers, research the issues raised by Plaintiff and prepare, file and serve opposition papers.  Defendants believe this time is not adequate for Defendants to prepare their opposition papers.

(4) The issue in this case is the amount of just compensation owed to Defendants for the taking of a portion (approximately 13 acres out of approximately 300 acres) of their real property. Defendants' right to receive such just compensation is afforded by the United States Constitution and Federal Law.

(5) Defendants have other matters which must be accomplished during this 13 day period. These include the preparation of a resolution of necessity, the preparation for the hearing of that resolution of necessity, and attendance at the resolution of necessity hearing in South Lake Tahoe, California in a state condemnation case; the completion of discovery and trial preparation in a state mechanic's lien case; the preparation and filing of pleadings in a state condemnation case in Sacramento County; and the preparation of an opposition to a motion for immediate possession in a state condemnation case in Sacramento County.  These tasks, combined with additional day to day matters, would take up a large part of all of Defendants' counsel's time, even without the need to prepare opposition papers in this matter.

(6) Further, good cause exists for this request because of personal circumstances of Defendants' counsel.  Defendants' counsel is scheduled to become a grandfather for the first time in the weeks ahead.  His daughter's due date is November 15, 2009, which is within 2 days of the presently scheduled hearing date of November 13, 2009.  However, she is expected to deliver well

*United States of America v. Aksnes, et al*
*Stip Extend Motion Deadline*

2

before that date, at any time starting now.  This makes the preparation of the opposition papers, the preparation for the hearing and the attendance at the hearing even more difficult for Defendants' counsel.  While it is likely she will deliver well before her due date of November 15, 2009, she will not be allowed to go beyond her due date due to her medical circumstances.

(7) The date presently set as the last day to hear dispositive motions is November 13, 2009.  This stipulation extends that deadline by 12 days to November 25, 2009.

(8) All parties have acted in a diligent and cooperative manner and expect to continue to do so.

(9) This change will not impact any of the other deadlines in this case including without limitation, the January 15, 2010 pretrial conference or the March 23, 2010 trial.

(10) According to the Court's calendar, Plaintiff's motion for summary judgment can be heard on the Court's calendar on November 25, 2009.

IT IS SO STIPULATED.

Date:  10/13/09                              LAWRENCE G. BROWN
                                             Acting United States Attorney


                                             By:    /s/ Kelli L. Taylor
                                                    KELLI L. TAYLOR
                                                    Assistant United States Attorney
                                                    Attorney for the United States of America


Date:  10/13/09                              MONTAGUE & VIGLIONE


                                             By:
                                                    DENNIS L. VIGLIONE, Attorney for
                                                    Defendants Bill C. and Betty L. Maher,
                                                    Trustees of the Maher Family Trust of 1988,
                                                    Ted Aksnes and Solano Green Acres LLC

*United States of America v. Aksnes, et al*
*Stip Extend Motion Deadline*

## ORDER

GOOD CAUSE APPEARING, the Court hereby grants the parties' stipulated agreement to continue the hearing on Plaintiff's pending motion for summary judgment from November 13, 2009 to November 25, 2009. This change will not impact any of the other deadlines in this case including without limitation the January 15, 2010 pretrial conference or the March 23, 2010 trial.

IT IS SO ORDERED.

Date: October 14, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

*United States of America v. Aksnes, et al*
*Stip Extend Motion Deadline*

4