DENNIS L. VIGLIONE, CA SB #118841
MONTAGUE & VIGLIONE
1500 River Park Drive, Suite 110
Sacramento, California  95815
Telephone:  (916) 929-5018
Fax:          (916) 929-8967
Email:       dennismvlaw@sbcglobal.net

Attorneys for Defendants
Ted Aksnes, Solano Green Acres, LLC,
Bill C. and Betty L. Maher, Trustees, and
of the Maher Family Trust of 1988

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>   **Plaintiff,**<br><br>    v.<br><br>**12.94 ACRES OF LAND MORE OR LESS , SITUATED IN SOLANO COUNTY, et al.,**<br><br>   **Defendants.** | Case No. 2:07-CV-2172FCDEFB<br><br>**REQUEST OF DEFENDANTS TED AKSNES, SOLANO GREEN ACRES, LLC., AND BILL C. AND BETTY L. MAHER, TRUSTEES OF THE MAHER FAMILY TRUST OF 1988 FOR PAGE EXTENSION FOR OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; ORDER**<br><br>**Hearing Date:  11/25/09**<br>**Time:  10:00 a.m.**<br>**Courtroom: 2 / 15th Floor**<br>**Judge:  Hon. Frank C. Damrell, Jr.** |

Defendants Ted Aksnes, Solano Green Acres, LLC, Bill C. and Betty L. Maher, Trustees, and of the Maher Family Trust of 1988 ("Property Owners") submit this request for a page extension for its opposition to plaintiff USA's motion for summary judgment as follows:

1.   Plaintiff USA filed and served it motion for summary judgment on October 13, 2009.

*United States of America v. Aksnes, et al*
*Request Page Extension*

1

2. The hearing on plaintiff's motion is set for November 25, 2009.

3. Plaintiff USA's motion for summary judgment raises numerous complex issues and its motion papers exceed 1,400 pages.

4. In preparing defendants' opposition points and authorities it has become apparent that defendants will likely need more than 20 pages to adequately oppose plaintiff's motion. Defendants are requesting an extension to 25 pages, but will make every effort to limit its opposition to less than 25 pages.

WHEREFORE, defendants request a page extension for its opposition points and authorities to plaintiff USA's motion for summary judgment to 25 pages.

Date:  October 27, 2009                MONTAGUE & VIGLIONE


By:    /s/
       DENNIS L. VIGLIONE, Attorney for
       Defendants Bill C. and Betty L. Maher,
       Trustees of the Maher Family Trust of 1988,
       Ted Aksnes and Solano Green Acres LLC


IT IS HEREBY ORDERED that defendants' request for a page extension for its opposition points and authorities to plaintiff USA's motion for summary judgment to 25 pages is granted.

DATED: October 27, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE